**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2035**

_____

GERMAN AMERICAN CAPITAL CORPORATION, Successor in Interest to Branch Banking and Trust Company,

                Plaintiff - Appellee,

     v.

DEAN F. MOREHOUSE,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:13-mc-00296-GJH)

_____

Submitted: February 27, 2018                Decided: March 14, 2018

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Neil D. Goldman, GOLDMAN & VAN BEEK, P.C., Alexandria, Virginia, for Appellant. Thomas F. Murphy, FRIEDLANDER MISLER, PLLC, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dean F. Morehouse appeals from the district court's order granting German American Capital Corporation's motion for a charging order against Morehouse's interest in a Georgia limited liability company and denying Morehouse's motion to file a supplemental memorandum in opposition. We have reviewed the record included on appeal, as well as the parties' briefs, and we find no reversible error. Accordingly, we affirm the district court's judgment. *German Am. Capital Corp. v. Morehouse*, No. 8:13-mc-00296-GJH (D. Md. Filed Aug. 4, 2017 & entered Aug. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*